IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| versus | § | CRIMINAL NO. H-09-029-11 |
| | § | |
| | § | |
| MARTIN GARCIA | § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 459). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 19, 2011 at 3:00 p.m.**

SIGNED on April 19, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge