IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| versus | § § § § § | CRIMINAL NO. H-09-029-11 |
| MARTIN GARCIA | | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 494). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 29, 2011 at 3:00 p.m.**

SIGNED on May 18, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge