IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| versus | § § § § | CRIMINAL NO. H-09-029-11 |
| MARTIN GARCIA | § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 501). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 10, 2011 at 9:00 a.m.**

SIGNED on June 7, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge